IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                            Case No. 2:11-cr-20049

ROBERT LOWELL MILLER                                                          DEFENDANT

and

GENY AGENCY OF ARKANSAS, LLC.,
c/o REX M. TERRY                                                              GARNISHEE

**O R D E R**

Before the Court is the Government's Motion to Distribute Funds and Apply Credit (Doc. 21). Pursuant to an Order entered by this Court on February 5, 2013 (Doc. 20), the Garnishee, Geny Agency of Arkansas, LLC ("Geny"), delivered a check in the amount of $74,626.28 to the Clerk of the Court, to be applied toward the satisfaction of Defendant Robert Lowell Miller's outstanding restitution. Geny, although submitting the funds, is also a victim identified in the restitution order. However, in a cover letter accompanying the check, Geny disclaimed any interest in the funds submitted, and informed the Court that it has received the full amount of the restitution it was owed by Defendant through the withholding of sums due to Bob Miller Insurance Agency, Inc. Based on the foregoing, the Motion to Distribute Funds and Apply Credit is GRANTED.

Accordingly, IT IS HEREBY ORDERED that the amount of restitution owing to Geny is to be credited as paid in full.

IT IS ALSO ORDERED that the $74,626.28 payment and any future payments are to be applied toward satisfaction of Miller's restitution, and the Clerk is to distribute the funds to the two remaining victims on a pro-rata basis in accordance with this Court's previous restitution order

(Doc. 11).

       IT IS SO ORDERED this 4th day of March, 2013.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE